MEMO ENDORSED

**LAWRENCE A. DUBIN**
ATTORNEY AT LAW
401 BROADWAY-SUITE 306-NEW YORK, N.Y. 10013
917-543-0216
FAX (212)966-0588
E-MAIL: DUBINLARRY@AOL.COM

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/19

MEMBER NEW YORK AND NEW JERSEY BAR

<u>Via ECF</u>

November 8, 2019

Hon. Ronnie Abrams
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: U.S. v. Issac Concepcion Aquino, etal.
Docket No. 18 CR 640 (RA)

Dear Judge Abrams,

I write on behalf of my client to request that he permitted to surrender to the U.S. Marshalls prior to the present date of January 6, 2020 which Your Honor was gracious enough to set so that Mr. Robles could be home during the holiday season. Yesterday Mr. Robles learned that his girlfriend is pregnant. He would like to surrender Monday, November 11th, Tuesday November 12th or as soon thereafter as possible so that he could he home to look for a more permanent job than his current situation and start saving some money for the coming birth of his child.

I would also request that Your Honor order the removal of GPS prior to his surrender.

Thank you for your consideration in this matter.

Respectfully submitted,

*Lawrence Dubin*

Lawrence Dubin, Esq.

LAD/cl

Application granted. Mr. Robles shall voluntarily surrender to the Office of the United States Marshals Service located at 500 Pearl Street, 4th floor, New York, New York, 10007.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
November 12, 2019